

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-92,528-01

### EX PARTE DEMETRIUS KOCHEE DANIELS, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. 1364037-A IN THE 351ST DISTRICT COURT FROM HARRIS COUNTY

*Per curiam*.

## O R D E R

A jury convicted Applicant of evading arrest or detention in a vehicle. The trial court assessed a forty-year, habitual-felon sentence. Applicant filed this application for a writ of habeas corpus in the county of conviction. *See* TEX. CODE CRIM. PROC. art. 11.07. The district clerk properly forwarded it to this Court under Texas Rule of Appellate Procedure 73.4(b)(5).

Applicant alleges that trial counsel provided ineffective assistance and that the State engaged in misconduct. The trial court entered an order designating issues and an order for trial counsel to provide an affidavit. The habeas record has no response from trial counsel or findings from the trial court. We remand this application to the trial court to complete its evidentiary investigation and make findings of fact and conclusions of law.

The trial court shall make findings of fact and conclusions of law within ninety days from the date of this order. The district clerk shall then immediately forward to this Court the trial court's findings and conclusions and the record developed on remand, including, among other things, affidavits, motions, objections, proposed findings and conclusions, orders, and transcripts from hearings and depositions. *See* TEX. R. APP. P. 73.4(b)(4). Any extensions of time must be requested by the trial court and obtained from this Court.

Filed: April 28, 2021
Do not publish